John DeCLUE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 79430.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 5, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 17, 2002.

Douglas R. Hoff, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

John DeClue ("Movant") appeals the judgment denying his Rule 29.15 motion to vacate, set aside or correct his judgment or sentence. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).